Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*chumahan.bowen@wilshirelawfirm.com*
Jennifer M. Leinbach, SBN 281404
*jennifer.leinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, 336294
*jesse.chen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FINANCIAL SECURITY, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-10985-MCS-RAO<br><br>**CLASS ACTION**<br><br>*Assigned to Hon. Judge Mark C. Scarsi*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE EXPERT AND CLASS CERTIFICATION DEADLINES AND HEARING DATE**<br><br>Complaint Filed: December 20, 2024<br>Trial Date:       None Set |

NOTICE OF SETTLEMENT

In accordance with U.S. District Court for the Central District of California Local Rules 16-15.7 and 40-1.2, Plaintiff Yvette Price hereby notifies the Court that a settlement of has been reached in principle with Defendant First Financial Security, Inc. following mediation with Hon. Evelio M. Grillo (Ret.) and extensive negotiations thereafter.

The parties are working on drafting and finalizing a settlement agreement. Once finalized, Plaintiff will move for preliminary approval.

To conserve judicial time and resources and allow the parties time to finalize the settlement agreement, Plaintiff respectfully requests that the Court vacate the Hearing Date on Motion for Class Certification set for March 30, 2026 at 9:00 a.m. along with all other currently scheduled dates in the Scheduling Order [ECF No. 38], including the expert discovery deadlines and cutoff dates, and class certification briefing deadlines.

Dated: January 16, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

*/s/ Jesenia A. Martinez*
Thiago M. Coelho
Chumahan B. Bowen
Jennifer M. Leinbach
Jesenia A. Martinez
Jesse S. Chen

*Attorneys for Plaintiffs and the Putative Class*